RIGBY RANCH COMPANY, a Corporation, Debtor, v. ISLAND IMPROVEMENT COMPANY, a Corporation, et al.

No. 1394.

Circuit Court of Appeals, Tenth Circuit.

Aug. 28, 1936.

Skeen & Skeen, of Salt Lake City, Utah, for appellant.

W. Q. Van Cott, of Salt Lake City, Utah, for appellees.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

■

The ROSE ISLAND CO., Inc., Appellant, v. NEW ST. LOUIS & CALHOUN PACKET CORP., and The Steamboat IDLEWILD, Appellees.

No. 7122.

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1937.

Leo J. Sandmann, of Louisville, Ky., for appellant.

Woodward, Dawson & Hobson, of Louisville, Ky., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that this cause was not one in admiralty, and that the District Court was without jurisdiction to entertain it, it is ordered and adjudged that the order of the District Court dismissing the cause for want of jurisdiction be, and the same is, affirmed.

■

In the Matter of ROSENBAUM MIRROR MANUFACTURING CO., Inc., Bankrupt. Francis E. Rivers, Trustee in Bankruptcy, Appellee, Morris Rosenbaum, Appellant.

No. 58.

Circuit Court of Appeals, Second Circuit.

Nov. 16, 1936.

Shepard Broad, of New York City (Irvin Husin and Bertha Rembaugh, both of New York City, of counsel), for appellant.

N. William Welling, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order (11 F.Supp. 415), affirmed on the authority of Goldstein v. Johnson (C.C.A.) 3 F.(2d) 228, and In re Rose Shoe Mfg. Co. (C.C.A.) 168 F. 39.